**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 63 WAL 2018
                                               :
                 Respondent          :
                                               :   Petition for Allowance of Appeal from
                                               :   the Order of the Superior Court
                  v.                             :
                                               :
                                             :
PATRICK LEROY RUGG,             :
                                             :
                 Petitioner           :


## ORDER


**PER CURIAM**

      **AND NOW**, this 3rd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.